IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 99.49.108.93

**ISP:** AT&T Internet Services
**Physical Location:** Spring, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/19/2017 16:07:13 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 09/01/2017 04:09:36 | 39DC3C289CE97E7A38C099003215842C5D351202 | Romance in the Garden |
| 08/29/2017 14:24:42 | 9341183DBA91B630383C7EC346C5458FACD92052 | Sex For Three By The Sea |
| 07/03/2017 14:05:51 | CC3DF8A65752C0CBF2C10B8755E7B6B494EA30DA | XXX Threeway Games |
| 04/25/2017 21:09:42 | 8D4D8B538624452CE7DFBDBE7056EDCAEBD121B1 | Threesome With a View |
| 02/14/2017 03:08:51 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 03/29/2016 01:27:07 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 03/11/2016 00:28:23 | E2C405FAA5D9CC9DC4ACF936A2A6F7813AC00248 | Among The Wildflowers |
| 01/10/2016 19:40:34 | CCEC774B9E79D4C508053E22B482F0425FAF58E4 | Sex At The Office |
| 12/07/2015 15:50:14 | 0C64BCBC4A40736E02E93E832DD37020A2215051 | Rock Me Baby |
| 11/12/2015 13:52:08 | EC555F31F03BE096C98E03F301E5F645240F1E6D | A Fucking Picnic |
| 07/08/2015 11:25:16 | 1B81045B85A4C9A67D57BA5F036FC938F7EADB3D | Rub Me The Right Way |
| 04/26/2015 16:35:09 | 7281EBC38A4985A1C7A7FE3F009E0FA9E15BA222 | Dripping Pleasures |
| 04/26/2015 16:19:22 | 2A21A01D7D37D64381E8B3389EDEF16656E308B3 | Competition |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

STX96