UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No.4:18-cv-00236 |
| v. | ) |
| DOUG RUST | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY
DISMISSAL WITH PREJUDICE OF DOUG RUST**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Doug Rust, subscriber assigned IP address 99.49.108.93. ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Doug Rust from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 20, 2018.

                Respectfully submitted,

                By: /s/ Paul S. Beik
                Paul S. Beik
                Texas Bar No. 24054444
                S.D. Tex. ID No. 642213
                BEIK LAW FIRM, PLLC
                8100 Washington Ave., Suite 1000
                Houston, TX 77007
                T: 713-869-6975
                F: 713-868-2262
                E-mail: paul@beiklaw.com
                **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Paul S. Beik
PAUL S. BEIK