Case 4:18-cv-00236   Document 25   Filed in TXSD on 08/31/18   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 31, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-236 |
| | § § | |
| DOUG RUST, | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of Doug Rust filed on August 20, 2018 (Doc. 24), this case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this __31st__ day of August, 2018.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE